IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § | CASE NO. 6:11CR61(1) |
| vs. | | |
| TODD KELLY CLINE | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was referred to a United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(3). The Report and Recommendation on Revocation of Supervised Release, filed on January 31, 2014, has been presented for consideration. The parties waived any objections to the Report and Recommendation. Defendant consented to the revocation of his supervised release and waived his right to be present and speak at sentencing.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation on Revocation of Supervised Release as the findings and conclusions of the Court.

**So ORDERED and SIGNED this 4th day of February, 2014.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE